**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RHINE, | No. C 09-04690 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ATASCADERO STATE HOSPITAL | |
| Defendant. | |

On October 1, 2009, Plaintiff, a state prisoner, filed several documents which was construed as an attempt to file a civil action. On the same day, the clerk of the Court sent a notification to Plaintiff he failed to attach a complaint or petition to his pleadings. (Docket No. 2.) Plaintiff was also notified by a separate notice that his complaint was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 3.) Both notifications included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days.

The deadline as since passed, and Plaintiff has not filed a complaint or petition. Plaintiff has also failed to pay the filing fee or file a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Rhine04690_dism-ifpdef.wpd

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/26/10

_____
JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RHINE,

        Plaintiff,

v.

ATASCADERO STATE HOSPITAL,

        Defendant.
                                         /

Case Number: CV09-04690 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/29/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Rhine F-25840
Ataskadero State Hospital
P.O. Box 7001
Unit 21 at 059438-2
Ataskadero, CA 93423-7001

Dated: 1/29/10

                                                     Richard W. Wieking, Clerk